TM:NDB
F. #2005R01959

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

RAY LAZIER LENGEND,

     Defendant.

O R D E R

12-CR-188 (LDH)

EASTERN DISTRICT OF NEW YORK, SS:

    This matter comes before the Court on the Application of RICHARD P.

DONOGHUE, United States Attorney for the Eastern District of New York, by Nomi D.

Berenson, Assistant United States Attorney, for an order permitting the use of all necessary

force to compel the production of RAY LAZIER LENGEND, inmate number 90486-053, for

an appearance in the United States District Court, Eastern District of New York, Courtroom

4H North, on December 6, 2018 at 12:00 p.m. for sentencing.

    The Court finds that this Application is made in good faith in that the

defendant refused to appear in court on October 29, 2018, November 13, 2018 and

November 20, 2018, and that there is a reasonable belief that the requested relief is necessary

to secure the production of the defendant in the United States District Court, Eastern District

of New York, Courtroom 4H North on December 6, 2018 at 12:00 p.m. for sentencing.

It is, therefore,

ORDERED pursuant to 28 U.S.C. § 1651 that the Bureau of Prisons and the United States Marshals Service shall use all necessary force to secure the presence of RAY LAZIER LENGEND, inmate number 90486-053, in the United States District Court, Eastern District of New York, Courtroom 4H North on December 6, 2018 at 12:00 p.m. for sentencing.

Dated:   Brooklyn, NY
         November 26, 2018


_____/LDH/_____
THE HONORABLE LASHANN DEARCY HALL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK